IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| JOE HAND PROMOTIONS, INC., | |
|---|---|
| Plaintiff, | 7:17-CV-5002 |
| vs. | JUDGMENT |
| THE JUNKYARD BAR, INC. and DOUGLAS KRIPAL, | |
| Defendants. | |

On the plaintiff's notice of voluntary dismissal (filing 11), and pursuant to Fed. R. Civ. P. 41(a)(1), the plaintiff's complaint is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 13th day of September, 2017.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
United States District Judge